ENTERED                      SERVED ON
                    COUNSEL/PARTIES OF RECORD

DEC 29 2010

BY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

UNITED STATES OF AMERICA,          )
                                   )
            Plaintiff,             )
                                   )
                                   )          2:07-CV-00321-KJD-PAL
vs                                 )
                                   )
JAMES A. DILULLO,                  )          ORDER APPOINTING COUNSEL
                                   )          AND DIRECTING THE MARSHAL
            Defendant,             )          TO SERVE SUBPOENAS AT
                                   )          GOVERNMENT EXPENSE
_____)

The individual named below, having testified under oath or having otherwise satisfied this Court that he (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and, because the interests of justice so require, the Court finds that the Defendant is indigent, therefore;

IT IS ORDERED that **TRAVIS E. SHETLER, ESQ.** is hereby appointed to represent Defendant, **JAMES A. DILULLO.**

IT IS FURTHER ORDERED that the Clerk issue subpoenas upon oral request and submission of prepared subpoenas by Appointed Counsel, unless said subpoenas are to be served outside the State of Nevada. The cost of process, fees and expenses of witnesses so subpoenaed shall be paid as witness(es) subpoenaed on behalf of the Government. The Court is satisfied the individual is unable to pay fees and expenses of subpoenaed witness(es) and the United States Marshal shall provide such witness(es) subpoenaed advance funds for the purpose of travel within the District of Nevada and subsistence. Any subpoenas served on behalf of the individual, the return thereon to this Court shall be sealed, unless otherwise ordered.

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IT IS FURTHER ORDERED that if counsel for the individual
desires subpoenas to be served outside the State of Nevada, further application pursuant to
Federal Rules of Criminal Procedure 17(b) shall be made to the Court, before the issuance of
said subpoenas.

DATED this 29th day of December, 2010.

_____
UNITED STATES MAGISTRATE JUDGE